```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09429
   NICOLE GLOVER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3711


---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/24/2007 and was not confirmed.

     The case was dismissed without confirmation 08/30/2007.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
ACC CONSUMER FINANCE   CURRENT MORTG          .00             .00            .00
ACC CONSUMERS          CURRENT MORTG          .00             .00            .00
INTERNAL REVENUE SERVICE PRIORITY         4006.79             .00            .00
INTERNAL REVENUE SERVICE PRIORITY       NOT FILED             .00            .00
STATE OF IL TOLL HGWY  PRIORITY          NOT FILED             .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED             .00            .00
AFFINITY CASH LOANS    UNSECURED         NOT FILED             .00            .00
AMERICAS FINANCIAL CHOIC UNSECURED       NOT FILED             .00            .00
ACC CONSUMERS          UNSECURED         NOT FILED             .00            .00
ASSET ACCEPTANCE LLC   UNSECURED           769.70             .00            .00
CHASE TAX RELATED PRODUC UNSECURED        1706.00             .00            .00
ACC CONSUMERS          SECURED NOT I     1971.00             .00            .00
INTERNAL REVENUE SERVICE UNSECURED         303.11             .00            .00
ILLINOIS STATE HIGHWAY A UNSECURED        5234.60             .00            .00
PRO SE DEBTOR          DEBTOR ATTY            .00                            .00
TOM VAUGHN             TRUSTEE                                               .00
DEBTOR REFUND          REFUND                                                .00


     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------    --------------
TOTALS                       .00                 .00



              PAGE   1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 09429 NICOLE GLOVER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE